UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LISA BENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4: 22 CV 1175 RWS |
| | ) |
| JOHNSON & JOHNSON, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

Despite the Court's previous denial of plaintiff's motion for appointment of counsel and the stay of this litigation, plaintiff has filed yet another memorandum with this Court detailing her efforts to obtain counsel. In this memorandum, plaintiff seeks a subpoena for a zoom call with an attorney who declined to undertake representation of plaintiff in her case. Plaintiff also complains about her civil rights being violated.

The request for a subpoena is denied. A stay of litigation precludes either party from conducting discovery. Moreover, the subpoena request is entirely improper. An attorney has the right to refuse representation of plaintiff in this matter, and the Court cannot and would not force this attorney to represent plaintiff or compel the attorney to disclose the requested communication. Plaintiff's request for court appointed counsel has been twice considered and denied after

appropriate consideration. Finally, the Court reminds plaintiff that this is a products liability case, not a civil rights action. Plaintiff's continued attempts to interject irrelevant issues into this matter may force the Court to impose future limitations on plaintiff's ability to file frivolous pleadings with this Court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's request for a subpoena [66-2] is denied.

_/s/ Rodney W. Sippel_
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of August, 2023.