UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LISA BENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 4: 22 CV 1175 RWS |
| | ) |
| JOHNSON & JOHNSON, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before me on plaintiff's motion to amend/correct.  [68].  Plaintiff does not state what document she is trying to amend or correct, and the documents attached may constitute discovery responses.  As such they are not to be filed with this Court.  No motion is required to supplement discovery.  For this reason, the motion is denied as moot, and the Court will order these discovery documents stricken from the file and returned to plaintiff.  **Plaintiff is again remined that this case is stayed.**

    Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to amend/correct [68] is denied as moot, and plaintiff's discovery responses [68-1] are stricken from the record and returned to plaintiff by the Clerk of the Court.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this day of September, 2023.